RECEIPT #
AMOUNT $ N/A
SUMMONS ISSUED Y-1
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. M
DATE 7-12-05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. |
| ) | |
| ) | 05 11469 WGY |
| ELIZABETH A. MAHER, ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT**

MAGISTRATE JUDGE Sorokin

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Christopher R. Donato, Assistant United States Attorney, states as its complaint that:

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. § 1345.

2. The defendant, Elizabeth A. Maher (hereinafter "Maher"), resides in the District of Massachusetts at 40 Weld Street, Roslindale, MA 02131.

3. Maher is indebted to the United States in the principal amount of $32,200.00 plus interest computed at the rate of 13.75 percent per annum for a total amount of $53,997.86 as of July 11, 2005. Thereafter, interest on the principal amount will accrue at the rate of 13.75 percent per annum until the date of judgment. See Exhibit "A" attached hereto and incorporated herein.

4. Maher has failed to repay the aforesaid sum although demand has been duly made.

WHEREFORE, the United States demands judgment against Maher in the principal amount of $32,200.00; plus interest in the amount of $21,797.86; plus interest on this principal at an annual rate of 13.75 percent per annum until the date of judgment. The United States further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment accrue at the legal rate until paid in full.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ Christopher R. Donato

        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3303

Dated: July 12, 2005



**DEPARTMENT OF HEALTH & HUMAN SERVICES**  Program Support Center



EXHIBIT A

Rockville MD 20857

## CERTIFICATE OF INDEBTEDNESS

Elizabeth A. Maher, M.D.
% Dana Farber Cancer Institute
Medical Oncology Dept.
44 Binney St., Mayer 421
Boston, MA 02115
Ref: 10001092

**Total debt due the United States of America as of June 1, 2005: $53,997.86 (principal $32,200.00, interest $21,797.86, administrative costs $0.00).**

I certify that the Department of Health and Human Services' records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $32,200.00 after June 1, 2005, at the rate of 13.750%. Interest accrues on the principal amount of this debt at the rate of $12.13 per day.

You received trainee awards under the provisions of 42 U.S.C. 288, as amended, for the National Research Service Award (NRSA) Program within the U.S. Public Health Service (PHS), Department of Health and Human Services (HHS). Subsequently, you received $32,200.00 (stipends) for the period beginning July 1, 1997, and ending June 30, 1998.

These awards were made upon the condition that within two (2) years after the termination of your award you engage in biomedical or behavioral research or teaching or any combination thereof in accordance with usual patterns of academic employment.

Your NRSA award was terminated on June 30, 1998. In accordance with Section 487 of the Public Health Service Act (42 U.S.C. 288) as amended, and the terms of your NRSA Payback Agreement, you were required to serve one month for each month of training. You were in training for twelve (12) months and were therefore required to begin your twelve (12) months of obligated service on or before June 30, 2000.

You failed to submit the required annual report containing pertinent employment information. Therefore, you were declared in breach of your NRSA Payback Agreement as of June 30, 2000, for failing to undertake appropriate payback service within two (2) years of the termination of your NRSA support.

By letter dated September 27, 2001, you were notified that your Annual Payback Activities Certification (APAC) form had not been received and an additional form was being sent to you. You were informed that if your obligation had been satisfied you needed to submit the appropriate documents for service credit. You did not respond.

By letter dated November 12, 2002, you were informed that your APAC form had not been received and an additional form was being sent to you. You were reminded of your statutory obligation to repay your NRSA either through prescribed service or monetary reimbursement. You were further informed of the importance of receiving a status as to your service payback. You did not respond.

## PAGE 2 - CERTIFICATE OF INDEBTEDNESS - ELIZABETH A. MAHER, M.D.

Section 487 of the Public Health Service Act (42 U.S.C. 288) and the terms of your NRSA Payback Agreement require that your financial payback obligation must be paid within three (3) years of the date you breached your agreement. The amount the United States is entitled to recover is equal to the total stipend $32,200.00 (plus interest) and was to have been paid in full by June 30, 2003.

By letter dated May 6, 2003, you were notified that payment in full must be received within thirty (30) days or your debt would be referred to the Internal Revenue Service, the U.S. Department of Treasury, and the U.S. Department of Justice (DOJ) for enforced collection. You did not make any payments, nor did you respond.

You were notified by letter dated July 23, 2004, that your debt was seriously delinquent, and that failure to remit payment in full or enter into a repayment agreement (RA) within thirty (30) days would result in your account being referred to a collection agency, the U.S. Department of Treasury, or the DOJ for enforced collection. You did not make any payments, nor did you respond.

By letter dated October 1, 2004, you were notified that your account had been referred to OSI Collection Services for collection. You were advised that your account would be referred to the DOJ if you failed to either remit payment in full or enter into a RA. You did not make any payments, nor did you respond.

A final notice regarding your debt was sent to you on April 19, 2005, in which you were advised that failure to submit full or partial payment within thirty (30) days would result in your debt being reported to consumer reporting agencies and your account being transferred to the U.S. Department of Treasury or the DOJ for enforced collection. You remained unresponsive.

The amount due should be remitted by check, draft or money order(s) payable to the "U.S. Department of Justice" and mailed directly to the United States Attorney, District of Massachusetts, One Courthouse Way, U.S. Courthouse, Ste. 9200, Boston, MA 02210.

**CERTIFICATION:** Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____
Date

_____
Barry M. Blum
Chief, Referral Control Section
Debt Management Branch

The JS-44 civil cover sheet and the information cor.  .ed herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
ELIZABETH A. MAHER

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed  Suffolk 25025
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney'S (Firm Name, Address, and Telephone Number)
CHRISTOPHER R. DONATO, AUSA
1 COURTHOUSE WAY, SUITE 9200
BOSTON, MA 02210
(617) 748-3303

Attorneys (If Known)

05 11469 WGY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [x] 1 U.S. Government Plaintiff
- [ ] 2 U.S Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □1 | □1 | Incorporated or Principal Place of Business In This State | □4 | □4 |
| Citizen of Another State | □2 | □2 | Incorporated and Principal Place of Business In Another State | □5 | □5 |
| Citizen or Subject of a Foreign Country | □3 | □3 | Foreign Nation | □6 | □6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| □ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | □ 610 Agriculture | □ 422 Appeal 28 USC 158 | □ 400 State Reapportionment |
| □ 120 Marine | □ 310 Airplane | □ 362 Personal Injury – Med. Malpractice | □ 620 Other Food & Drug | | □ 410 Antitrust |
| □ 130 Miller Act | □ 315 Airplane Product Liability | □ 365 Personal Injury – Product Liability | □ 625 Drug Related Seizure of Property 21 USC | □ 423 Withdrawal 28 USC 157 | □ 430 Banks and Banking |
| □ 140 Negotiable Instrument | □ 320 Assault, Libel & Slander | □ 368 Asbestos Personal Injury Product Liability | □ 630 Liquor Laws | **PROPERTY RIGHTS** | □ 450 Commerce/ICC Rates/etc. |
| □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | □ 640 R.R. & Truck | □ 820 Copyrights | □ 460 Deportation |
| □ 151 Medicare Act | □ 340 Marine | □ 370 Other Fraud | □ 650 Airline Regs. | □ 830 Patent | □ 470 Racketeer Influenced and Corrupt Organizations |
| □ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | □ 345 Marine Product Liability | □ 371 Truth in Lending | □ 660 Occupational Safety/Health | □ 840 Trademark | □ 810 Selective Service |
| □ 153 Recovery of Overpayment of Veteran's Benefits | □ 350 Motor Vehicle | □ 380 Other Personal Property Damage | □ 690 Other | | □ 850 Securities/Commodities/Exchange |
| □ 160 Stockholders' Suits | □ 355 Motor Vehicle Product Liability | □ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | □ 875 Customer Challenge 12 USC 3410 |
| □ 190 Other Contract | □ 360 Other Personal Injury | | □ 710 Fair Labor Standards Act | □ 861 HIA (1395ff) | □ 891 Agricultural Acts |
| □ 195 Contract Product Liability | | | □ 720 Labor/Mgmt. Relations | □ 862 Black Lung (923) | □ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | □ 730 Labor/Mgmt. Reporting & Disclosure Act | □ 863 DIWC/DIWW (405(g)) | □ 893 Environmental Matters |
| □ 210 Land Condemnation | □ 441 Voting | □ 510 Motions to Vacate Sentence Habeas Corpus: | | □ 864 SSID Title XVI | □ 894 Energy Allocation Act |
| □ 220 Foreclosure | □ 442 Employment | | □ 740 Railway Labor Act | □ 865 RSI (405(g)) | □ 895 Freedom of Information Act |
| □ 230 Rent Lease & Ejectment | □ 443 Housing/Accommodations | □ 530 General | | **FEDERAL TAX SUITS** | □ 900 Appeal of Fee Determination Under Equal Access to Justice |
| □ 240 Torts to Land | □ 444 Welfare | □ 535 Death Penalty | □ 790 Other Labor Litigation | □ 870 Taxes (U.S. Plaintiff or Defendant) | |
| □ 245 Tort Product Liability | □ 440 Other Civil Rights | □ 540 Mandamus & Other | □ 791 Empl. Ret. Inc. Security Act | □ 871 IRS - Third Party 26 USC 7609 | □ 950 Constitutionality of State Statutes |
| □ 290 All Other Real Property | | □ 550 Civil Rights | | | □ 890 Other Statutory Actions |
| | | □ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. SECTION 1345  Default of government guaranteed student loan

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 53,997.86

CHECK YES only if demanded in complaint:
JURY DEMAND: □ Yes □ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 7/12/05   SIGNATURE OF ATTORNEY OF RECORD /s/ Christopher R. Donato

FOR OFFICE USE ONLY
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

This form was electronically produced by Elite Federal Forms, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __United States v. Elizabeth A. Maher__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.   160, 410, 470, r.23, REGARDLESS OF NATURE OF SUIT

   ___ II.  195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,
            740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650,
            660, 690, 810, 861-865, 870, 871, 875, 900

   _X_ V.   150, 152, 153

   **05 11469 WGY**

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
   _____

4. HAS PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES       (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC § 2403)

   YES       (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES       NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC § 2284?

   YES       (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION - (SEE LOCAL RULE 40.1(D)).

   (YES)     NO

   A.   IF YES, IN WHICH DIVISION DO ALL FO THE NON-GOVERNMENTAL PARTIES RESIDE?

        (EASTERN DIVISION)       CENTRAL DIVISION       WESTERN DIVISION

   A.   IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

        EASTERN DIVISION       CENTRAL DIVISION       WESTERN DIVISION

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME ___Christopher R. Donato, Assistant United States Attorney___

ADDRESS ___U.S. Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210___

TELPHONE NO. ___617-748-3303___