UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
|     Plaintiff,          ) | |
|                             ) | |
|     v.                      ) | Court No. 05-11469-WGY |
|                             ) | |
| ELIZABETH A. MAHER       ) | |
|     Defendant.         ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, United States of America voluntarily dismisses this action without prejudice.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:
   /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: November 14, 2005